# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scholer, Karen G. | U.S. District Court, Northern District of Texas | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1100 Commerce Street
Room 1654
Dallas, TX 75242
Courtroom 1632

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001-2020 | Texas County and District Retirement System - retirement plan from time served as Texas Judge - plan owned and controlled by TCDRS |
| 2. | 2001-2020 | Employee Retirement System of Texas - retirement plan from time served as Texas Judge - plan owned and controlled by ERS |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Schreiber Foods Inc Pension |
| 2. 2019 | Caulipower LLC Wages |
| 3. 2019 | GT Scholer Enterprises 1099 Consulting Income; self-employed consulting |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 17-18, 2019 | Austin, TX | State Bar Board Meeting | Hotel, meals and transportation |
| 2. | Cornell Law School | February 14-17, 2019 | Ithaca, NY | Judge Moot Court Competition | Transportation |
| 3. | Notre Dame Law School | February 22-24, 2019 | South Bend, IN | Teach Intensive Trial Advocacy Course at Notre Dame Law School | Hotel |
| 4. | State Bar of Texas | May 30-31, 2019 | Austin, TX | Federal Court Practice CLE (panelist) | Hotel, meals, and transportation |
| 5. | State Bar of Texas | June 12-13, 2019 | Austin, TX | State Bar Board Meeting | Hotel, meals, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  ▬▬▬ Individual Fidelity (H) | | | | | | | | | |
| 2.  Fidelity Cash Account | A | Interest | J | T | | | | | |
| 3.  Vanguard 500 Index Fund Admiral Shares | A | Dividend | M | T | | | | | |
| 4.  ▬▬▬ Individual Fidelity Bond Account (H) | | | | | | | | | |
| 5.  Fidelity Cash Account | A | Interest | J | T | | | | | |
| 6.  Fidelity Government Cash Reserves | A | Interest | J | T | | | | | |
| 7.  Grapevine Colleyville Independent School Bond | A | Interest | | | Redeemed | 08/15/19 | K | A | |
| 8.  Grapevine Colleyville Independent School Bond | A | Interest | | | Sold | 04/04/19 | K | A | |
| 9.  Waukesha Wis GO Prom Nts Bond | A | Interest | | | Sold | 04/18/19 | L | A | |
| 10. Maryland State GO Ref Bonds | B | Interest | | | Sold | 12/27/19 | K | A | |
| 11. Rome GA Water and Sewer Bonds | B | Interest | J | T | Sold<br>(part) | 12/27/19 | K | A | |
| 12. Casa Grande Ariz Exise Tax Bonds | B | Interest | | | Sold | 04/18/19 | L | A | |
| 13. San Antonio Texas Electric and Gas Rev Bonds | A | Interest | | | Sold | 04/18/19 | K | A | |
| 14. Collin County Texas Utility Tax Bonds | B | Interest | K | T | | | | | |
| 15. Washingston State Ctfs Partn Bonds | A | Interest | | | Sold | 04/18/19 | K | A | |
| 16. Snohomish County WQashington GO Bonds | B | Interest | K | T | | | | | |
| 17. Wisconsin St GO Ref Bonds | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Florida State Department Environmental Bonds | B | Interest | K | T | | | | | |
| 19. Illinois Fin Auth Rev Clean Water Bonds | B | Interest | K | T | | | | | |
| 20. Manatee County Florida Public Utilities Rev Bonds | B | Interest | | | Sold | 04/18/19 | L | A | |
| 21. Lone Star College System Bonds | B | Interest | | | Sold | 07/26/19 | K | B | |
| 22. Atlanta GA Water and Waste Water Bonds | B | Interest | K | T | | | | | |
| 23. University Tex Univ Revs Bonds | B | Interest | K | T | | | | | |
| 24. New York NY City Transitional Bonds | B | Interest | L | T | | | | | |
| 25. King County Wash Sch Dist Bonds | B | Interest | L | T | | | | | |
| 26. North Carolina St Ltd Oblig | A | Interest | | | Sold | 04/18/19 | K | A | |
| 27. Broward County Fla Bonds | B | Interest | | | Sold | 04/18/19 | L | B | |
| 28. Miami Dade County Fla GO Bonds | B | Interest | K | T | | | | | |
| 29. Maricopa County Ariz Bonds | B | Interest | L | T | | | | | |
| 30. Energy Northwest Wash Bonds | B | Interest | K | T | | | | | |
| 31. Tulsa County Oklahoma Ind Auth Bond | A | Interest | | | Buy | 03/07/19 | K | | |
| 32. Tulsa County Oklahoma Ind Auth Bond | A | Interest | | | Sold | 04/18/19 | K | A | |
| 33. San Antonio Tex Comb Tax Rev | A | Interest | K | T | Buy | 08/29/19 | K | | |
| 34. ▓▓▓▓ Roth Fidelity (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scholer, Karen G.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Baron Growth Fund | A | Int./Div. | J | T | | | | | |
| 36. Vanguard High Dividend Yield Index Fund | A | Int./Div. | J | T | | | | | |
| 37. ▇▇▇▇▇ SEP Fidelity (H) | | | | | | | | | |
| 38. Fidelity Cash Account | A | Int./Div. | J | T | | | | | |
| 39. Fidelity 500 Index Fund | A | Int./Div. | J | T | | | | | |
| 40. Fidelity Contrafund | A | Int./Div. | J | T | | | | | |
| 41. Fidelity Low Priced Stock | A | Int./Div. | J | T | | | | | |
| 42. Baron Growth | A | Int./Div. | J | T | | | | | |
| 43. Dodge & Cox Stock | A | Int./Div. | J | T | | | | | |
| 44. Harding Loevner Internatioanl Equity Portfolio | A | Int./Div. | J | T | | | | | |
| 45. Oakmark Fund | A | Int./Div. | J | T | | | | | |
| 46. Janus Henderson Small Cap Value | A | Int./Div. | J | T | | | | | |
| 47. Mairs & Power Growth Fund | A | Int./Div. | J | T | | | | | |
| 48. Neuberger Berman Genesis Investor | A | Int./Div. | J | T | | | | | |
| 49. Selected American Shares | A | Int./Div. | J | T | | | | | |
| 50. Tweedy Browne Global Value Fund | A | Int./Div. | J | T | | | | | |
| 51. Vanguard International Explorer | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard High Dividend Yield Index Fund | A | Int./Div. | J | T | | | | | |
| 53. Vanguard Short Term Investment Grade | A | Int./Div. | J | T | | | | | |
| 54.        IRA Fidelity (H) | | | | | | | | | |
| 55. Fidelity Government Cash Reserves | A | Int./Div. | K | T | | | | | |
| 56. Fidelity Low Priced Stock Fund | D | Int./Div. | M | T | | | | | |
| 57. Royce Pennsylvania Mutual Investment | D | Int./Div. | M | T | | | | | |
| 58. Vanguard Short Term Investment Grade Bond Fund | D | Int./Div. | M | T | | | | | |
| 59. Wisdomtree Emerging Markets High Dividend Fund | A | Int./Div. | J | T | | | | | |
| 60. Goldman Sachs Preferred | A | Int./Div. | J | T | | | | | |
| 61. Karen Scholer IRA Fidelity (H) | | | | | | | | | |
| 62. Fidelity Contrafund | D | Int./Div. | M | T | | | | | |
| 63. AMG Yacktman Fund | D | Int./Div. | M | T | | | | | |
| 64. Baron Growth Fund | D | Int./Div. | M | T | | | | | |
| 65. Carillon Scout International Fund | D | Int./Div. | M | T | | | | | |
| 66. Oakmark Global Fund Investor Class | D | Int./Div. | M | T | | | | | |
| 67. Royce Pennsylvania Mutual Investment | D | Int./Div. | M | T | | | | | |
| 68. Tweedy Browne Global Value Fund | B | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scholer, Karen G.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard High Dividend Yield Index Fund | D | Int./Div. | M | T | | | | | |
| 70. Vanguard Short Term Investment Grade Bond Fund | C | Int./Div. | M | T | | | | | |
| 71. Fidelity Government Cash Reserves | B | Int./Div. | K | T | | | | | |
| 72. Karen Scholer IRA Fidelity-Bond Account (H) | | | | | | | | | |
| 73. Fidelity Government Cash Reserves | A | Interest | M | T | | | | | |
| 74. AT&T Note | A | Interest | K | T | | | | | |
| 75. Abbott Labs Note | A | Interest | J | T | | | | | |
| 76. Abbvie Note | A | Interest | J | T | Buy | 05/15/19 | J | | |
| 77. Amgen Inc Note | A | Interest | J | T | | | | | |
| 78. Anheuser-Busch Cos LLC/Anheu Ser | A | Interest | J | T | | | | | |
| 79. Anthem Inc Note | A | Interest | J | T | Buy | 02/21/19 | J | | |
| 80. Apple Inc Note | A | Interest | K | T | Buy | 02/21/19 | K | | |
| 81. BB&T Corp Sr Medium Term | A | Interest | J | T | | | | | |
| 82. Bank Amer Corp Ser | A | Interest | J | T | Buy | 11/12/19 | J | | |
| 83. BP Cap Mrkts Amer Inc Note | A | Interest | J | T | | | | | |
| 84. CVS Health Corp Note | A | Interest | J | T | | | | | |
| 85. Citigroup Inc Note | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Comcast Corp Note | A | Interest | K | T | | | | | |
| 87. Disney Walt Co Note | A | Interest | J | T | | | | | |
| 88. Duke Energy Carolinas LLC Bond | A | Interest | K | T | | | | | |
| 89. Enbridge Inc Note | A | Interest | J | T | | | | | |
| 90. Enterprise Prods Oper LLC Note | A | Interest | J | T | | | | | |
| 91. Exxon Mobil Corp Note | A | Interest | J | T | | | | | |
| 92. Goldman Sachs Copr Inc Note | A | Interest | J | T | Buy | 03/20/19 | J | | |
| 93. Home Depot Inc Note | A | Interest | J | T | | | | | |
| 94. JP Morgan Chase & Co Note | A | Interest | K | T | | | | | |
| 95. Lockheed Martin Corp Note | A | Interest | J | T | | | | | |
| 96. Medtronic Inc Note | A | Interest | J | T | Buy | 03/21/19 | J | | |
| 97. Merck & Co Inc Note | A | Interest | J | T | Buy | 05/15/19 | J | | |
| 98. Microsoft Corp Note | A | Interest | J | T | | | | | |
| 99. Morgan Stanley Ser I | A | Interest | J | T | Buy | 05/20/19 | J | | |
| 100. Pepsico Inc Note | A | Interest | J | T | | | | | |
| 101. Public Svs Enterprise Grp Inc | A | Interest | J | T | | | | | |
| 102. Sanofi Note | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Shell International Fin BV Note | A | Interest | K | T | | | | | |
| 104. Simon Ppty Group LP Note | A | Interest | J | T | | | | | |
| 105. State Str Corp Note | A | Interest | J | T | | | | | |
| 106. Equinor ASA Bond | A | Interest | J | T | | | | | |
| 107. Toronto Dominion Bank Ser | A | Interest | K | T | | | | | |
| 108. Union Pac Corp Note | A | Interest | K | T | | | | | |
| 109. United Health Group Inc Note | A | Interest | J | T | | | | | |
| 110. Verizon Communications Inc Note | A | Interest | J | T | | | | | |
| 111. Walmart Inc Note | A | Interest | K | T | Buy | 02/25/19 | K | | |
| 112. Waste Mgmt Inc Del Note | A | Interest | J | T | | | | | |
| 113. Wells Fargo Co Mtn BE | A | Interest | K | T | | | | | |
| 114. Westpac Banking Corp Note | A | Interest | J | T | Buy | 07/26/19 | J | | |
| 115. Bay Area Wtr Supply& Consv | A | Interest | K | T | | | | | |
| 116. New York NY City Transitional Fin | A | Interest | K | T | | | | | |
| 117. New York St Urban Dev Corp | A | Interest | J | T | | | | | |
| 118. Purdue Univ Ind Univ Revs | A | Interest | K | T | | | | | |
| 119. San Antonio Tex Indl Dev Corp Contract | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  San Diego Calif Redev Agy | A | Interest | K | T | | | | | |
| 121.  San Francisco Calif Bay Area Rapid Tran | A | Interest | K | T | | | | | |
| 122.  San Luis Obispo Cnty Calif Cmnty College | A | Interest | K | T | | | | | |
| 123.  South Carolina St Pub Svcs Auth Rev | A | Interest | J | T | | | | | |
| 124.  University Ill Revs Aux | A | Interest | K | T | | | | | |
| 125.  UNITED STATES TREAS SER F-2027<br>2.25000% 11/15/2027 | A | Interest | K | T | | | | | |
| 126.  UNITED STATES TREAS SER U-2023<br>2.37500% 01/31/2023 NTS NOTE | A | Interest | K | T | | | | | |
| 127.  UNITED STATES TREAS SER C-2028<br>2.87500% 05/15/2028 NTS NOTE | A | Interest | K | T | | | | | |
| 128.  UNITED STATES TREAS SER F-2028<br>3.12500% 11/15/2028 NTS NOTE | A | Interest | J | T | Buy | 05/07/19 | J | | |
| 129.  UNITED STATES TREAS NTS NOTE<br>2.25000% 11/15/2024 | A | Interest | K | T | | | | | |
| 130.  UNITED STATES TREAS SER F-2025<br>2.25000% 11/15/2025 NTS NOTE | A | Interest | K | T | | | | | |
| 131.  UNITED STATES TREAS SER B-2026<br>1.62500% 02/15/2026 NTS NOTE | A | Interest | K | T | | | | | |
| 132.  UNITED STATES TREAS SER C-2026<br>1.62500% 05/15/2026 NTS NOTE | A | Interest | J | T | | | | | |
| 133.  UNITED STATES TREAS NTS NOTE<br>2.12500% 08/15/2021 | A | Interest | K | T | | | | | |
| 134.  UNITED STATES TREAS NTS NOTE<br>2.00000% 11/15/2021 | A | Interest | K | T | Buy | 02/25/19 | J | | |
| 135.  UNITED STATES TREAS NTS NOTE<br>2.00000% 02/15/2022 | A | Interest | K | T | | | | | |
| 136.  UNITED STATES TREAS NTS NOTE<br>1.75000% 05/15/2022 | A | Interest | K | T | Buy | 05/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. UNITED STATES TREAS SER F-2026 2.00000% 11/15/2026 NTS NOTE | A | Interest | K | T | | | | | |
| 138. UNITED STATES TREAS NTS NOTE 2.00000% 02/15/2023 | A | Interest | K | T | | | | | |
| 139. UNITED STATES TREAS SER U-2022 1.87500% 01/31/2022 NTS NOTE | A | Interest | K | T | | | | | |
| 140. UNITED STATES TREAS SER B-2027 2.25000% 02/15/2027 NTS NOTE | A | Interest | K | T | | | | | |
| 141. UNITED STATES TREAS NTS NOTE 1.75000% 05/15/2023 | A | Interest | K | T | | | | | |
| 142. UNITED STATES TREAS NTS NOTE 2.75000% 11/15/2023 | A | Interest | J | T | Buy | 11/20/19 | J | | |
| 143. UNITED STATES TREAS NTS NOTE 2.50000% 05/15/2024 | A | Interest | K | T | Buy | 11/20/19 | K | | |
| 144. UNITED STATES TREAS NTS NOTE 2.00000% 05/31/2021 | A | Interest | K | T | Buy | 02/25/19 | J | | |
| 145. UNITED STATES TREAS SER C-2027 2.37500% 05/15/2027 NTS NOTE | A | Interest | J | T | Buy | 07/29/19 | K | | |
| 146. UNITED STATES TREAS SER AQ-2022 1.50000% 08/15/2022 NTS NOTE | A | Interest | K | T | | | | | |
| 147. Cisco Systems Inc Note | A | Interest | | | Sold | 02/20/19 | K | A | |
| 148. Morgan Stanley Mtn | A | Interest | | | Sold | 02/20/19 | J | A | |
| 149. US Treasury Note 2.75% 11/15/23 | A | Interest | | | Sold | 02/22/19 | J | A | |
| 150. US Treasury Note 1.25% 4/30/19 | A | Interest | | | Redeemed | 04/30/19 | K | A | |
| 151. Westpac Bkg Corp Note | A | Interest | | | Redeemed | 05/13/19 | J | A | |
| 152. US Treasury Note 1.875% 6/30/2020 | A | Interest | | | Sold | 05/14/19 | J | A | |
| 153. US Treasury Note 2.875% 5/15/28 | A | Interest | | | Sold | 05/14/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  US Trasury Note 1.375% 5/31/2020 | A | Interest | | | Sold | 07/26/19 | J | A | |
| 155.  US Treasury Note 1.875% 6/30/20 | A | Interest | | | Sold | 07/26/19 | J | A | |
| 156.  South Carolina St Pub Svcs | A | Interest | | | Redeemed | 10/17/19 | J | A | |
| 157.  Bank Amer Corp Mtn | A | Interest | | | Redeemed | 11/12/19 | J | A | |
| 158.  US Treasury Note 1.875% 6/30/20 | A | Interest | | | Sold | 11/20/19 | J | A | |
| 159.  US Treasury Note 1.75% 10/31/20 | A | Interest | | | Sold | 11/20/19 | J | A | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen G. Scholer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544